# Golden Meadow Police Department

Case Narrative for I-02742-17GM (10/01/17 01:06)                     Printed on October 16, 2017

## Primary Report By CHARLES FINDLEY, 10/01/17 01:06

**Fight at TK's Sports Bar**
**Case #I-02742-17GM**
**Typed By CHARLES FINDLEY**

On September 30, 2017 at approximately 0035hrs Asst. Chief of Police Findley was dispatched to TK's Sports Bar in reference to a fight between two male subjects taking place in the parking lot.

Upon arrival Asst. Chief Findley observed several people standing on the porch on the bar. Asst. Chief Findley observed a male subject being restrained by several other patrons. As Asst. Chief Findley was walking toward the porch he observed Chief Pitre standing just outside of front door of the bar. Asst. Chief Findley observed Chief Pitre's shirt to be torn at the collar and ripped down the right sleeve.

Once on the porch Chief Pitre instructed Asst. Chief Findley to place the male, who was still being restrained, under arrested for battery on a public official. Asst. Chief Findley made his way to the suspect, identified as Jason Cortez, and told him he was under arrest. Asst. Chief Findley then instructed Mr. Cortez to place his hands behind his back. Mr. Cortez refused to comply and replied by saying "Fuck You". Asst. Chief Findley once again instructed Mr. Cortez that was under arrest and to place his hands behind his back. Mr. Cortez once again responded in the same manner and began to walk away. Asst. Chief Findley closed the distance between him and Mr. Cortez instructed Mr. Cortez to stop. At this point Mr. Cortez turned around and took a defensive stance. Asst. Chief Findley once again told Mr. Cortez he was under arrest and to turn around and place his hands behind his back or he would be tased. At this point Mr. Cortez took a step toward Asst. Chief Findley in an aggressive manner at which time Asst. Chief Findley used his taser to subdue Mr. Cortez. Once Mr. Cortez was tased he turned around and place his hands in front of his body. Asst. Chief Findley instructed Mr. Cortez to place his hands behind his back or he would be tased again and Mr. Cortez stated "Fuck You". Asst. Chief Findley then tased Mr. Cortez again to gain compliance. At this point Mr. Cortez placed his hands behind his back. Mr. Cortez was than handcuffed and read his rights per Miranda.

After handcuffing Mr. Cortez and reading him his rights Mr. Cortez turned toward Chief Pitre and told threatened him with bodily harm. At this point Mr. Cortez was removed from the area and placed in the rear of a police vehicle.

Asst. Chief Findley asked Chief Pitre what took place and Chief Pitre stated Mr. Cortez was highly intoxicated and fell into the band knocking over several instruments. Chief Pitre stated he identified himself as the chief of police and asked Mr. Cortez to have a seat due to his level of impairment. Chief Pitre stated Mr. Cortez failed to comply with the request and once again fell into the band while the band members were playing. Chief Pitre stated at this point he attempted to escort Mr. Cortez from the bar. Chief Pitre stated while walking Mr. Cortez to the door a female grabbed him from behind in an attempt to keep Mr. Cortez from being removed. Chief Pitre stated it was at this point when his shirt got torn. Chief Pitre stated when the female grabbed him he pushed her away for his safety. Chief Pitre stated when he pushed the female back Mr. Cortez hit him with a closed fist in the facial area. Chief Pitre stated at this point several patrons attempted to restrain Mr. Cortez but before they could do so Mr. Cortez once again hit him in the facial area with a closed fist.

Asst. Chief Findley asked Chief Pitre if he wished to pursue charges against the female, identified as Chloe Cortez, and he stated that he did not.

While Asst. Chief Findley was speaking to Chief Pitre Mrs. Cortez approached to apologize to Chief

Pitre for her behavior. Chief Pitre responded by saying he accepted Mrs. Cortez apology but stated he wouldn't apologize for pushing her down because he did so for officer safety. As the two of them were speaking Asst. Chief Findley looked at Mrs. Cortez's leg and noticed it was bleeding from the shin area. Chief Pitre stated the injury occurred when he pushed her away from him. Asst. Chief Findley asked Mrs. Cortez if she needed medical attention and she stated no.

At this point Mr. Cortez was transported to the South Lafourche Sub Station and released to the booking officer.

On September 30, 2017 when Asst. Chief Findley arrived at work he made contact with Chief Pitre to go over the events again. Chief Pitre stated everything in Asst. Chief Findley's report was correct except that Ms. Cortez was standing in front of him when she grabbed him and did not jump on his back.

At approximately 1930hrs on the same day Asst. Chief Findley went to TK's Sports Bar to review the video of the incident. Upon arrival he made contact with the manager, Harley Adams, who was currently reviewing the incident. Asst. Chief Findley asked Ms. Adams to rewind the video so that he could watch it from when the incident began. As Ms. Adams was reversing the video Asst. Chief Findley made his was behind the bar to watch the monitor. After watching the video Asst. Chief Findley asked Ms. Adams if she could make a copy of it so Asst. Chief Findley could have it for evidence. Ms. Adams stated she would. At approximately 0200hrs Asst. Chief Findley arrived at TK's and picked up the copy of the video. Asst. Chief Findley had Ms. Adams sign a property control form relinquishing custody of the video to Asst. Chief Findley.

On October 9, 2017 at approximately 1700hrs Asst. Chief Findley was approached by Chief Pitre who stated he wanted two letters hand delivered to the Larose area. Asst. Chief Findley looked at the addresses on the letters and noticed one of them was close to the Cortez residence. Asst. Chief Findley then traveled to Larose to deliver the letters.

While in Larose Asst. Chief Findley went to the residence of Mr. and Mrs. Cortez to see if they would be willing to give a voluntary statement. Upon arrival Asst. Chief Findley spoke with Mrs. Cortez. Mrs. Cortez stated she and her husband, who was offshore at the time, had spoken with an attorney who advised them not to give any statements in regards to the incident that took place at TK's Sports Bar. Mrs. Cortez stated her neighbors, who were with them, might be willing to give statements. While speaking to Mrs. Cortez Kellee Chiasson drove up in her vehicle. Asst. Chief Findley asked Mrs. Chiasson if she and her husband would be willing to give a voluntary statement as to what they saw and she stated yes. Mrs. Chiasson then called her husband who walked over. Asst. Chief Findley handed Mr. and Mrs. Chiasson statement forms and told them he would pick them up the following day on his way to work. (The following day at approximately 1530hrs Asst. Chief Findley went to the Chiasson's residence and retrieved their statements.)

Asst. Chief Findley then asked Mrs. Cortez if her leg was ok from the incident and she stated it was sore. Asst. Chief Findley asked Mrs. Cortez if he could take pictures of the injury and she stated yes. Asst. Chief Findley took two pictures. The first picture was of Mrs. Cortez holding up her pants leg showing the injury to her leg and the second was a close up picture of the injured area. Mrs. Cortez went onto say that when she was thrown to the ground she also injured her ring finger. Mrs. Cortez stated she was having trouble moving and bending the finger. Mrs. Cortez stated she was contemplating on going to Urgent Care and have the finger looked at by a doctor.

On October 11, 2017 Asst. Chief Findley reviewed the video footage from the incident. The video starts at 0000hrs. On the video Asst. Chief Findley observed Chief Pitre on the southeast corner of the bar with a glass in his

hand. Asst. Chief Findley observed Chief Pitre to be standing by himself facing the north wall. A short time later Chief Pitre starts talking to an unidentified male. Asst. Chief Findley continued to watch the video and observed at 0004:59hrs the bartender, Jody Brooks, bring Chief Pitre another drink.

At 0007:57hrs Asst. Chief Findley observed Mr. Cortez walk on the dance floor. At 0008:31 Mr. Cortez walks off the dance floor and goes to the restroom. At 0010:15 Mr. Cortez returns to the dance floor. Mr. Cortez periodically leaves the dance floor but then returns to dance with Mrs. Cortez. At 0028:20 Mr. Cortez removes his shirt for a short period of time before Mrs. Cortez manages to get him to put it back on. At 0031:24 Asst. Chief Findley observed Mr. Cortez dancing with the singer of the band. At 0031:52hrs Mr. Cortez stumbles back and falls into the band area. Asst. Chief Findley could tell the fall was an accident and not done intentionally. It appears that Mr. Cortez fell over a piece of band equipment that was located close to the floor. In the video Asst. Chief Findley could not see any instruments that Mr. Cortez knocked over. After getting up Mr. Cortez continues to dance on the dance floor. At 0037hrs Mr. Cortez leaves the dance floor and goes to the restroom. At 0038:34hrs Mr. Cortez returns to the dance floor and walks out of camera view. At 0039:31hrs Mrs. Cortez walks over to the band and escorts Mr. Cortez out of the band area. The two of them walk toward the pool table where Mr. Cortez stumbles and falls onto the the pool table. At 0040:34 the bar owner, Tammy Simon, makes contact with Mr. Cortez and the have a brief conversation. Mrs. Simon then speaks briefly to Mrs. Cortez. At 0044:28hrs Mr. Cortez appears to walk into the band area again. At 0045:37 Chief Pitre approaches Mr. Cortez and says something to him after he's removed from the band area. Immediately after speaking to Mr. Cortez Chief Pitre engaged in conversation with the singer of the band Dana Friloux. At 0051:35hrs Mr. Cortez approaches the band area but does not enter the band. Mrs. Cortez immediately pulled Mr. Cortez away from the band.

At this point Chief Pitre approaches Mr. Cortez and grabs his right arm. As Chief Pitre was attempting to escort Mr. Cortez toward the front door he appears to reach out and push Mrs. Cortez away from him. When Mr. Cortez observed this he appeared to pull away from Chief Pitre. Chief Pitre then grabbed Mr. Cortez and attempted to push him toward the door. Mr. Cortez was out of camera view but it appeared that he got out of Chief Pitre's grasp due to when he came back into camera view his right arm was free. At this point Chief Pitre was backing up attempting the regain control of Mr. Cortez. It wasn't until Mike Billiot intervened that Mr. Cortez was removed from the building. At no point during the interaction inside the bar between Chief Pitre and Mr. Cortez did Mr. Cortez ever hit Chief Pitre.

At 0052hrs the video shows Mr. Cortez being pushed out of the bar by Chief Pitre and Mr. Billiot. At 0052:10hrs Mr. Cortez appears to slap at Chief Pitre. When Mr. Cortez did this Chief Pitre seemed to grow very irate. As the video progresses it shows Mrs. Cortez as well as an unidentified female attempting to separate Chief Pitre from Mr. Cortez. Once they reached the railing Chief Pitre is seen holding onto Mr. Cortez's right arm when an unidentified male walks up and appears to try to calm the situation. At 0052:19hrs the video shows Chief Pitre punch Mr. Cortez who was being partially restrained by Mr. Billiot with a closed fist to the left side of his facial area. At no point in the video is Mr. Billiot ever seen as the aggressor. Mr. Billiot did nothing more than attempt to keep the situation from escalating.

When Mrs. Cortez observed Chief Pitre strike her husband she attempted to intervene. When she did so Chief Pitre grabbed her right wrist with his left hand and grabbed her around the neck with his right hand. At this point Chief Pitre took a full step back and threw Mrs. Cortez to the ground very aggressively causing her to hit a large floor pot with her right leg which caused a laceration to her shin. As Chief Pitre was throwing Mrs. Cortez to the ground she grabbed his shirt causing it to tear from the collar area and down the right sleeve. As Chief Pitre was walking away Mrs. Cortez was still holding onto part of the shirt. Chief Pitre grabbed the shirt and ripped it out of Mrs. Cortez's hand. At this point Mrs. Cortez stood back on her feet. When Mrs. Cortez stood up Chief Pitre grabbed her and pushed her against the handrail of the stairs. As Mrs. Cortez was attempting to get away from Chief Pitre and make her way back to Mr. Cortez the video shows Chief Pitre holding onto her left arm with his right arm. An unidentified male stepped in and managed to get Chief Pitre to let go of Mrs. Cortez.

After Chief Pitre and Mrs. Cortez were separated Chief Pitre returned to where Mr. Cortez was being retrained and started exchanging words with him again. At one point Dana Friloux walks up to Chief Pitre and attempts to talk to him. While Mrs. Friloux was speaking to Chief Pitre he and Mr. Cortez attempted to strike one another. In the video Roland Lafont Jr. can be seen standing between Mr. Cortez and Chief Pitre. As Mr. Lafont Jr. was trying to keep the two of them separated he was grabbed by Chief Pitre on his left arm and thrown toward the front door. After throwing Mr. Lafont Jr. out of his way Chief Pitre attempted once again to get to Mr. Cortez but couldn't due to the number of people between them.

At this point Chief Pitre and Mr. Cortez did nothing more than exchange words until Asst. Chief Findley arrived on scene.

Asst. Chief Findley gathered statements from some of the people who were present during the altercation.

The first statement collected was from the bar owner Tammy Simon. Mrs. Simon's statement states:

"I Tammy Simon owner of TK's Sports Bar I was sitting in the corner of the Bar. I did not see the altercation start they had went outside I did not go outside till the police showed up". In the video Mrs. Simon is clearly visible and witnessing everything that transpired in the bar. Mrs. Simon was not on the video on the outside of the bar until Asst. Chief Findley arrived on scene.

The second statement collected was from the bartender Jody Brooks. Ms. Brooks statement states:

"I was standing behind the bar and saw Reggie swing but didn't see him hit Jason because people were holding him back".

The third statement collected was from Lance Chiasson who was a patron at the bar. Mr. Chiasson's statement states:

"I Lance was listening to he band against the bar and then noticed Jason Cortez fell into the band, he got up and started dancing again, then deputy Reggie walked up and stated to Jason, I warned you once, not you have to leave, then escorted Jason to the door, then they started having words as they got to the door then outside, I then walked out behind the crowd going outside then saw Chloe Cortez, flying across walkway falling over a flower pot, as I got outside a guy was holding Jason and they were fussing, I then walked over to Jason and told him to stop, calm down, and let me take you home. He didn't listen to me, then 2 deputies arrived, deputy told me to stand back because Jason was not listening, pulled tazer out and tazed him, then cuffed him. Officer that placed him under arrest did his job very respectful, and professional way. The situation was then calmed and resolved".

The fourth statement collected was from Kellee Chiasson who was a patron at the bar. Mrs. Chiasson's statement states:

"I was sitting at the bar and saw Reggie go to Jason and was shoving him outside, I then followed my husband outside behind the crown going outside and saw Chloe getting tossed off the porch and falling down steps. Jason then got mad and was screaming at Reggie and they were arguing, then cops showed up. Me and my husband Lance was trying to calm the situation and offered to take Jason Cortez home but was not allowed so we let the cops do their job".

The fifth statement collected was from Dana Friloux who was the singer of the band that night. Mrs. Friloux's statement states:

"I was on stage a TK's Sports Bar playing music. Jason Cortez came up to the stage to, I'm guessing, to come sing with me. At that time, Jason fell over my monitor, fell on to me, knocking my mic stand (19 lb in weight) over on to me and caused it to hit me in the forehead. Which caused my head to hurt from the hit. Jason's wife, Chloe Cortez and friends came to help him up. At that time Chief Pitre came over to let Jason know to stay away from the band due to his fall. Not to come back to not cause anything to happen again. We then started the next song, when Jason started to advance to the stage again and once again was told to stay away are he would have to leave the bar by Chief Pitre. Chief Pitre made sure that I was of from the hit to my head. I was fine. I told him that it had hurt, but I would be ok. Then for the third time, Jason advanced again to come on stage, when Chief Pitre did what in my eyes, escorted Mr. Cortez out of the bar. Jason put up a wild, aggressive demeanor to try and get Chief Pitre off or away from him. Chief Pitre and Jason were headed out the door to have Jason leave. Our main speakers in the process was almost knocked over as they was going out the front door. Once Chief Pitre and Jason was outside, I didn't see anything else after. I then after playing and finishing the song that we was playing, step outside to check on Jason, but to also ask him and his friends to just leave and go home. Asked Chief Pitre to come back inside so that this would all be over. Chief Pitre replied to me, that for me to go back inside that Jason would be leaving by cop car. At that time, my husband came to me to have me go back inside, in which I did. With this whole situation we are now dealing with, it puts me in a place i truly never want to be in again. I work every day with Jason's wife, Chloe. They are both my friends. Also, Reggie Pitre has been a friend from our childhood days. As being friends with both parties, this makes things not to great for me. I have people I cherish as friends in a situation that could have been avoided if Jason would have just listen after being told the first time. I understand that everyone was having a great time, but what i can't understand, is why people don't comprehend when told not to do something but continues to try. Being in my shoes is not where I would wish anyone to be when it comes to things happening with friends. I am truly in a bad place."

The sixth statement collected was from Mike Billiot who was a patron at the bar. Mr. Billiot's statement states:

"On September 29, 2017 I was at TK's Sports Bar. I see this guy I later find out is Jason Cortez dancing around the floor having what I told friends of mine too much fun. He end up tripping over a speaker and falling into the singer in the band I put a bar stool in front of me and help to put him in to it. And put my hand on his shoulder. His wife comes to me and says thank you. I tell her I don't know how this will last. The bar owner Tammy comes to me and asked do I know him? i said no just trying to keep him out of trouble. Well needless to say it doesn't last long and his is back on the floor and interfering with the band again. It look like he even head butted one of them. Well Reggie Pitre walk up to him and says it is time to go. He does not want to leave so Reggie tells him I'm a cop it's time to go and grabs his arm. I could see it is getting ready to get out of hand so I get up walk to the door as Reggie again tell him I am a cop it's time to go. His friends are telling him at the same time dude he is the Chief of Police. As we get on the porch he take a couple of swing at Reggie. I hurry and get between them and get punched in the process. So proceed to hold him against the guard rail. Of course he is trying to get away. His friends again come and tell him dude what are you doing he is the Chief of Police. When he comes down I ask Reggie do you want me to let him go. Reggis says no I already call the cops are coming. So I hold him there till officer Findley drives up with a parish deputy. When Officer Findley walk up on the porch I let him go. I then turn to Reggie see his shirt ripped. Ask if he is ok and if he would like to borrow my shirt."

The seventh statement collected was from Rolland Lafont Jr. who was a patron at the bar. Mr. Lafont Jr.'s statement states:

"I Roland Lafont Jr. was at TK's bar drinking alcohol beverages listening to band, talking to various people having a good time. Met a couple of guys which I believe their last name was Chaisson. Night went on dancing, drinking, shooting pool, talking to women, when I noticed argument going on, not knowing who is involved, tried to stop this argument, are fight which I never saw anyone fighting, also that Reggie Pitre chief of police pushed are moved me out the was which is probably then when i decided to leave."

The eight statement collected was from Lauren Dallman who was a patron at the bar. Ms. Dallman's statement states:

"Inside the bar, Reggie Pitre was trying to get a handle on a drunk guy, that was completely out of control. When they went outside, I did not follow, so I can't tell you what was happening. I did peek out the door a little later, to see what was going on, and all I saw was Reggie and the drunk guy arguing, and other bar patrons trying to get in the middle of it. That was when Reggie told me to call for backup. So, I told Jody, the bartender to call the cops."

Asst. Chief Findley requested a statement from Chief Pitre on October 9, 2017. Once a statement is received from Chief Pitre it will be added to this report.

On October 15, 2017 at approximately 1615hrs when Asst. Chief Findley arrived at work he observed Chief Pitre's patrol vehicle at town hall. As Asst. Chief Findley was exiting his vehicle he observed Chief Pitre exit his patrol vehicle and approach him. Chief Pitre advised he had typed his statement as a supplemental report on the case.

The ninth statement is from Chief Reggie Pitre who was a patron at the bar. Chief Pitre's statement states:

"This is the statement from Reggis Pitre of the events that occurred on 9/30/17 at TK's Sports Bar in Golden Meadow.

While being a patron of the establishment, I was listening to the live entertainment provided by "5 Shot Chamber". While enjoying the music and hanging out with friends an old lifelong friend, Charles Condley, arrives with his wife and two other couples. The other couples were Lance Chiasson and his wife along with Jason and Chloe Cortez.

As the night went on, Jason Cortez was showing obvious signs of being overly intoxicated. At one point Jason fell back-wards over a monitor, when he fell he struck the chain linked microphone stand causing it to strike the lead singer of the band in the head. Jason was warned several times by other patrons, his friends to stay out of the band. During the night I observed Jason's level of impairment to be of one where he couldn't stand on his own and his balance was poor. I also observed his wife trying to control his actions by holding on to his shirt as to keep him from

going into the band area. More than once I saw him completely ignore and directly pull away from his wife. At one point I went to speak to Charles and asked him to keep his friend under control and Charles responded by saying "He is a grown man. If he gets thrown out it's on him, I'm having fun." After my short talk with Charles, Jason is seen going in and out the band area. I noticed Barkley Bodin trying to remove Jason from the band area and I approached Jason and Chloe and tell them to stay out of the band and to stay by the bar. A short time after that Lance approaches me on the northeast side of the establishment and expresses concern for Jason's level of impairment. I asked Lance to have Jason just sit at the bar and sober up and Lance responded to me "do what you have to do". I replied I don't want to do anything, I'm trying to enjoy myself. Soon after my conversation with Lance I noticed Jason near the band and Chloe trying to remove him. When he started to resist her I approached them, identified myself and told them it was time to leave. I grabbed Jason with my right hand just above his right elbow and again told him it was time to leave. As I attempted to escort Jason to the door Chloe is tugging at my left arm and I gently push her off of me. Then Jason becomes more actively resistant by breaking my grip on him and attempting to gain control of me. Chloe then circles around me in and is in front of me to Jason's left. At this point Mike Billiot approaches us on my left side. Mike then puts his right arm across Jason"s torso and verbally tells Jason it's time to leave. After Mike has Tammy Simon, establishment owner, move out the way Mike and I push Jason and Chloe to the east wall of the building near the door. Once against the wall, I again tell Jason to stop. Then Jason uses his right hand, fully open, to shove me in the face. I then reached forward with my left hand and grabbed several pressure points in Jason's face in an attempt to use pain compliance to no avail. Once the door was opened, Mike and I continue to push Jason and Chloe. While on the porch I was attempting control Jason's right arm with my left hand. The whole time Chloe is on my right side attempting to pull my right hand off of Jason's left collar. At one point Jason frees my grip and strikes me in the face with his right hand for a second time. During this event Chloe is pulling at me and scratches my throat. Realizing I need to defend myself I release my grip on Jason a strike him with a closed right fist, grazing the left side of his face. After punching Jason, Chloe advances on me and I trap her right hand on the left side of my chest, my right is then slipped under her left arm while her left hand is at my throat, my open right is on the left side of her neck, I then step back-wards with my left leg and turn to my left to put Chloe to the ground in an attempt to get her off of me. While taking her to the ground a smoker's out post was struck by Chloe. After Chloe was on the ground she never let go of my shirt and ripped it. I removed my torn shirt from her grip and tried to reassess the situation due to he amount of people gathering. When Chloe stood up I noticed she was close to the front steps of the porch so I reached for her and grabbed her by the shoulders so she wouldn't fall back-wards down the steps and turned her away from them so she wouldn't hurt herself. At this point I am trying to get someone to call for a uniformed officer and trying to get people to go back into the bar. Jason is still detained by Mike and Charles and Jason is continuing a barrage of verbal vulgarities and threats to me. At one point Roland Lafont gets in front of me and I grab him by the left arm and shove him to the door and continue to beg with everyone to go back inside. Not long after that the police arrive on scene. While the police was dealing with Jason and Chloe I was attempting to have the patrons return inside the and hear a pop and recognize the sound of a taser. I continue to clear patrons off the porch and see Lance throw his hands in the air in a sign of disbelief. Jason was then taken into police custody. I then noticed Chloe had a small horizontal cut across her left shin that was bleeding. I asked her if she wanted medical attention and she refused.

Jason was placed into the rear of a LPSO Unit and LAD arrived to check Jason's vitals. After LPSO left with Jason, I was speaking the GMPD officer on scene, Charles Findley, when Chloe approached us and apologized to me for the incident. I accepted her apology but told her that i wasn't sorry for having to use force to defend myself."

All statements are typed as close as possible to the way they were written.

Signed _____     Date _____

CHARLES FINDLEY, Chief Deputy