# Golden Meadow Police Department

Case Narrative for I-02742-17GM (10/15/17 13:56)                    Printed on October 15, 2017

## Supporting Report By REGGIE PITRE, 10/15/17 13:56

**Statement of Reggie Pitre**
**Case #I-02742-17GM**
**Typed By REGGIE PITRE**

    This is the statement from Reggie Pitre of the events that occurred on 09/30/17 at TK's Sports Bar in Golden Meadow.
While being a patron of the establishment, I was listening to the live entertainment provided by "5 Shot Chamber". While enjoying the music and hanging out with friends an old lifelong friend, Charles Condley, arrives with his wife and two other couples. The other couples were Lance Chiasson and his wife along with Jason and Chloe Cortez.
    As the night went on, Jason Cortez was showing obvious signs of being overly intoxicated. At one point Jason fell back-wards over a monitor, when he fell he struck the chain linked microphone stand causing it to strike the lead singer of the band in the head. Jason was warned several times by other patrons, his friends to stay out of the band. During the night I observed Jason's level of impairment to be of one where he couldn't stand on his own and his balance was poor. I also observed his wife trying to control his actions by holding on to his shirt as to keep him from going into the band area. More than once I saw him completely ignore and directly pull away from his wife. At one point I went speak to Charles and asked him to keep his friend under control and Charles responded by saying " He is a grown man. If he gets thrown out it's on him, I'm having fun." After my short talk with Charles, Jason is seen going in and out the band area. I noticed Barkley Bodin trying to remove Jason from the band area and I approach Jason and Chloe and tell them to stay out of the band and to stay by the bar. A short time after that Lance approaches me on the northeast side of the establishment and expresses concern for Jason's level of impairment. I asked Lance to have Jason just sit at the bar and sober up and Lance responded to me "do what you have to do." I replied I don't want to do anything, I'm trying to enjoy myself. Soon after my conversation with Lance I notice Jason near the band and Chloe trying to remove him. When he started to resist her I approached them, identified myself and told them it was time to leave. I grabbed Jason with my right hand just above his right elbow and again told him it was time to leave. As I attempted to escort Jason to the door Chloe is tugging at my left arm and I gently push her off of me. Then Jason becomes more actively resistant by breaking my grip on him and attempting to gain control of me. Chloe then circles around me and is in front of me to Jason's left. At this point Mike Billiot approaches us on my left side. Mike then puts his right arm across Jason's torso and verbally tells Jason it's time to leave. After Mike has Tammy Simon, establishment owner, move out the way Mike and I push Jason and Chloe to the east wall of the building near the door. Once against the wall, I again tell Jason to stop. Then Jason uses his right hand, fully open, to shove me in the face. I then reached forward with my left hand and grabbed several pressure points in Jason's face in an attempt to use pain compliance to no avail. Once the door was opened, Mike and I continued to push Jason and Chloe. While on the porch I was attempting to control Jason's right arm with my left hand. The whole time Chloe is on my right side attempting to pull my right hand off of Jason's left collar. At one point Jason frees my grip and strikes me in the face with his right hand for a second time. During this event Chloe is pulling at me and scratches my throat. Realizing I need to defend myself I release my grip on Jason a strike him with a closed right fist, grazing the left side of his face. After punching Jason, Chloe advances on me and I trap her right hand on the left side of my chest, my right hand is then slipped under her left arm while her left hand is at my throat, my open right hand is on the left side of her neck, I then step back-wards with my left leg and turn to my left to put Chloe to the ground in an attempt to get her off of me. While taking her to the ground a smoker's out post was struck by Chloe. After Chloe was on the ground she never let go of my shirt and ripped it. I removed my torn shirt from her grip and tried to reassess the situation due to the amount of people gathering. When Chloe stood up I noticed she was close to the front steps of the porch so I reached for her and grabbed her by the shoulders so she wouldn't fall back-wards down the steps and turned her away from them so she wouldn't hurt herself. At this point I am trying to get someone to call for a uniformed officer and trying to get people to go back into the bar. Jason is still detained by Mike and Charles and Jason is continuing with a barrage of verbal vulgarities and threats to me. At one point Roland Lafont gets in front of me and I grab him by the left arm and shove him to the door and continue to beg with everyone to go back inside. Not long after that the police arrived on scene. While the police was dealing with Jason and Chloe I was

attempting to have the patrons return inside the bar and hear a pop and recognize the sound of a taser. I continue to clear patrons off the porch and see Lance throw his hands in the air in a sign of disbelief. Jason was then taken into police custody. I then noticed that Chloe had a small horizontal cut across her left shin that was bleeding. I asked her if she wanted medical attention and she refused.

  Jason was placed into the rear of a LPSO Unit and LAD arrived to check Jason's vitals. After LPSO left with Jason, I was speaking the GMPD officer on scene, Charles Findley, when Chloe approached us and apologized to me for the incident. I accepted her apology but told her that I wasn't sorry for having to use force to defend myself.

Signed _____Chief R. Pitre_____  Date __10/15/17__
   REGGIE PITRE, Chief