STATE OF LOUISIANA  }
PARISH OF LAFOURCHE  }
  }
  }
State of Louisiana  }
    - vs -  }    AFFIDAVIT OF PROBABLE CAUSE
CORTEZ, JASON P  }    POST ARREST
DOB 9/12/80  }
558 CHESTER LEE STREET  }
LAROSE, LA 70373  }
    Defendant  }

**CORTEZ, JASON P** has been arrested and charged with:
**Probable cause for this arrest is as follows:**
On September 30, 2017 at approximately 0035hrs Asst. Chief of Police Findley was dispatched to TK's Sports Bar in reference to a fight between two male subjects taking place in the parking lot.

Upon arrival Asst. Chief Findley observed several people standing on the porch on the bar. Asst. Chief Findley observed a male subject being restrained by several other patrons. As Asst. Chief Findley was walking toward the porch he observed Chief Pitre standing just outside of front door of the bar. Asst. Chief Findley observed Chief Pitre's shirt to be torn at the collar and ripped down the right sleeve.

Once on the porch Chief Pitre instructed Asst. Chief Findley to place the male, who was still being restrained, under arrested for battery on a public official. Asst. Chief Findley made his way to the suspect, identified as Jason Cortez, and told him he was under arrested. Asst. Chief Findley then instructed Mr. Cortez to place his hands behind his back. Mr. Cortez refused to comply and replied by saying "Fuck You". Asst. Chief Findley once again instructed Mr. Cortez that was under arrest and to place his hands behind his back. Mr. Cortez once again responded in the same manner and began to walk away. Asst. Chief Findley closed the distance between him and Mr. Cortez instructed Mr. Cortez to stop. At this point Mr. Cortez turned around and took a defensive stance. Asst. Chief Findley once again told Mr. Cortez he was under arrest and to turn around and place his hands behind his back or he would be tased. At this point Mr. Cortez took a step toward Asst. Chief Findley in an aggressive manner at which time Asst. Chief Findley used his taser to subdue Mr. Cortez. Once Mr. Cortez was tased he turned around and place his hands in front of his body. Asst. Chief Findley instructed Mr. Cortez to place his hands behind his back or he would be tased again and Mr. Cortez stated "Fuck You". Asst. Chief Findley then tased Mr. Cortez again to gain compliance. At this point Mr. Cortez placed his hands behind his back. Mr. Cortez was than handcuffed and read his rights per Miranda.

After handcuffing Mr. Cortez and reading him his rights Mr. Cortez turned toward Chief Pitre and told threatened him with bodily harm. At this point Mr. Cortez was removed from the area and placed in the rear of a police vehicle.

Asst. Chief Findley asked Chief Pitre what took place and Chief Pitre stated Mr. Cortez was highly intoxicated and fell into the band knocking over several instruments. Chief Pitre stated he identified himself as the chief of police and asked Mr. Cortez to have a seat due to his level of impairment. Chief Pitre stated Mr. Cortez failed to comply with the request and once again fell into the band while the band memebers were playing. Chief Pitre stated at this point he attempted to escort Mr. Cortez from the bar. Chief Pitre stated while walking Mr. Cortez to the door a female grabbed him from behind in an attempt to keep Mr. Cortez from being removed. Chief Pitre stated it was at this point when his shirt got torn. Chief Pitre stated when the female grabbed him he pushed her away for his safety. Chief Pitre stated when he pushed the female back Mr. Cortez hit him with a closed fist in the facial area. Chief Pitre stated at this point several patrons attempted to restrain Mr. Cortez but before they could do so Mr. Cortez once again hit him in the facial area with a closed fist.

At this point Mr. Cortez was transported to the South Lafourche Sub Station and released to the booking officer.

 **Before me, the undersigned authority,** personally came and appeared FINDLEY, CHARLES, who, after being duly sworn, did depose and said that the information contained herein, and the documents attached hereto, are true and correct to the best of their knowledge and belief.

**Signed** _____
         FINDLEY, CHARLES

Sworn to and subscribed before me, on this _____ day of _____, _____.

**Signed** _____
Ex-Officio Notary Signature and ID #

---

**Probable Cause Determination**

On the basis of the foregoing affidavit, I hereby determine that probable cause to believe that the arrestee has committed the crime of:

If By Phone: _____            _____
Print Name of Judge / Magistrate - Div.                  **Date / Time**

_____
Deputy's Signature and Badge #

If In Person: _____            _____
Judge / Magistrate's Signature - Div.                    **Date / Time**