UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHLOE CORTEZ and<br>JASON CORTEZ | CIVIL ACTION |
| V. | NO. 18-8971 |
| REGGIE PITRE and<br>GOLDEN MEADOW TOWN | SECTION "F" |

## ORDER

Before the Court is the plaintiffs' limited motion to disqualify attorney Keith M. Detweiler from representing defendant Reggie Pitre in both his individual and official capacities; this motion is currently set for submission on May 8, 2019. Also before the Court is a motion for leave to file a joint, amended answer to the plaintiffs' complaint by Reggie Pitre, in his individual and official capacities, and the Town of Golden Meadow. The defendants' motion is noticed for submission on May 22, 2019 before Magistrate Judge Roby. Because Judge Roby's determination on the defendants' motion to file an amended answer may affect the plaintiffs' motion to disqualify, IT IS ORDERED: that the submission date for plaintiffs' motion to disqualify is hereby continued to June 5, 2019.

New Orleans, Louisiana, May 7, 2019

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE