UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JASON CORTEZ AND CHLOE CORTEZ**         **CASE NO.:**
    **PLAINTIFFS,**                                      **2:18-CV-08971-GGG-KWR**

**VERSUS**                                           **SECTION: "T"**

**REGGIE PITRE, TOWN OF GOLDEN**          **MAGISTRATE: 4**
**MEADOW, ABC INSURANCE COS. 1-10**
    **DEFENDANTS.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW ADMISSIONS DEEMED ADMITTED ON BEHALF OF ALL DEFENDANTS

NOW INTO COURT, through undersigned counsel, comes Defendants, Reggie Pitre and the Town of Golden Meadow, who respectfully move this Honorable Court to order the withdrawal of the admissions deemed admitted by the Plaintiffs, because the reason for the delay in answering was due to the mis-communications among Counsel caused by representations of Counsel and further complicated by the pending motion to disqualify counsel of record. The Defendants submit that the Plaintiffs have not filed a motion to deem the admissions admitted, and should not be allowed to take advantage of the delay in responding to the requests for admissions caused by the mis-communications among Counsel. For these reasons and he reasons set forth more fully in the memorandum filed in support of this motion and the attached exhibits, the Defendants respectfully move this Honorable Court to withdraw the Plaintiffs' requests for admissions deemed admitted.

Counsel for Plaintiffs, William Most, was contacted via email and objects to this motion.

                Respectfully submitted,

                */s/ Keith M. Detweiler*
                Keith M. Detweiler, LA S.B. # 20784
                Nielsen & Treas, LLC
                3838 N. Causeway Blvd., Suite 2850
                Metairie, Louisiana 70002

                                              P: (504)837-2500; F: (504) 832-9165
                                              Email: kdetweiler@nct-law.com
                                              Counsel for Defendant, Reggie Pitre

                                              */s/ J. Scott Thomas*_____
                                              J. Scott Thomas, La. Bar #22635
                                              Louisiana Municipal Authority
                                              700 North 10th Street, Suite 440 (70802)
                                              Post Office Box 4327
                                              Baton Rouge, Louisiana 70821
                                              P: (225) 344-5001; F: (225) 336-5277
                                              Email: sthomas@lma.org
                                              Counsel for Defendant, Town of Golden Meadow


## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 16th day of August, 2019, the foregoing pleading along with any referenced attachments was served on all counsel of record via electronic mail.

William Most
Amanda Hass
David Lanser
201 St. Charles Avenue, Suite 114, #101
New Orleans, LA 70170
Counsel for Plaintiffs

Jonathan M. Rhodes
The Rhodes Law Firm
1937 Peniston Street
New Orleans, LA 70115
Counsel for Plaintiffs

                                              */s/ Keith M. Detweiler*
                                              Keith M. Detweiler