**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JASON CORTEZ AND CHLOE CORTEZ**  **CASE NO.:**
  **PLAINTIFFS,**       **2:18-CV-08971-GGG-KWR**

**VERSUS**            **SECTION: "T"**

**REGGIE PITRE, TOWN OF GOLDEN**  **MAGISTRATE: 4**
**MEADOW, ABC INSURANCE COS. 1-10**
  **DEFENDANTS.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXPEDITED HEARING ON DEFENDANTS' MOTION TO**
**WITHDRAW ADMISSIONS DEEMED ADMITTED**

  NOW INTO COURT, through undersigned counsel, comes Defendants, Reggie Pitre and the Town of Golden Meadow, who respectfully move this Honorable Court for an expedited hearing on their Motion to Withdraw Plaintiffs' Requests for Admissions Deemed Admitted, because the next hearing date is September 4, 2019; the deposition of Defendant Chief Reggie Pitre is now scheduled to go forward on August 21, 2019, and Plaintiffs have provided notice that the questioning in the deposition will be premised on the admissions, which Defendants submit create inaccuracies in the actual facts of the case. Therefore, the Defendants respectfully move for an expedited hearing of their Motion to Withdraw Requests for Admissions deemed admitted.

        Respectfully submitted,

        */s/ Keith M. Detweiler*
        Keith M. Detweiler, LA S.B. # 20784
        Nielsen & Treas, LLC
        3838 N. Causeway Blvd., Suite 2850
        Metairie, Louisiana 70002
        P: (504)837-2500; F: (504) 832-9165
        Email: kdetweiler@nct-law.com
        Counsel for Defendant, Reggie Pitre

        AND

1

*/s/ J. Scott Thomas*
J. Scott Thomas, La. Bar #22635
Louisiana Municipal Authority
700 North 10th Street, Suite 440 (70802)
Post Office Box 4327
Baton Rouge, Louisiana 70821
P: (225) 344-5001; F: (225) 336-5277
Email: sthomas@lma.org
Counsel for Defendant, Town of Golden Meadow

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2019, the foregoing pleading along with any referenced attachments was served on all counsel of record via electronic mail.

William Most
Amanda Hass
David Lanser
201 St. Charles Avenue, Suite 114, #101
New Orleans, LA 70170
Counsel for Plaintiffs

Jonathan M. Rhodes
The Rhodes Law Firm
1937 Peniston Street
New Orleans, LA 70115
Counsel for Plaintiffs

*/s/ Keith M. Detweiler*
Keith M. Detweiler

2