UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON CORTEZ, CHLOE CORTEZ, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 18-cv-08971-MLCF-KWR |
| REGGIE PITRE, TOWN OF GOLDEN MEADOW, ABC INSURANCE COS. 1-10 | ) *Jury Trial Demanded* |
| Defendants. | ) |

## ANSWERS TO PLAINTIFFS' THIRD, FOURTH AND FIFTH SETS OF INTERROGATORIES TO CHIEF REGGIE PITRE

**INTERROGATORY NO. 15**

Completely describe the nature of your relationship with Dana Friloux.

**ANSWER TO INTERROGATORY NO. 1:**

I have been friends with Dana Friloux since grade school.

**INTERROGATORY NO. 16**

Identify all programs, devices, and phone apps you use to communicate with Dana Friloux.

**ANSWER TO INTERROGATORY NO. 16:**

I use my cell phone to either speak with Dana Friloux on the telephone or exchange occasional text messages.

**INTERROGATORY NO. 17**

Identify the time stamp of any point in the video produced in response to RFP 25 that you contend shows Jason Cortez striking Reggie Pitre with a closed fist.

**ANSWER TO INTERROGATORY NO. 17:**

I do not contend that I was struck with a closed fist from Cortez, I am only aware of being struck with all open hand strikes. The first time he hit me was off camera view inside the bar. The second and third time was outside at time mark 00:52:10 and 00:52:13.

**INTERROGATORY NO. 18:**

Provide all known current or past contact information (phone, address, email, etc.) for Sgt. Elizabeth Fonseca.

**ANSWER TO INTERROGATORY NO. 18:**

Elizabeth R. Fonseca
602 Funderburke Ave.
Houma, LA 70364
(985) 217-0636

The Defendant reserves his right to supplement and/or amend these responses as becomes necessary during the course of this case.

                                                Respectfully submitted,

                                                **NIELSEN & TREAS, LLC**

                                                _/s/ Keith M. Detweiler_
                                                Keith M. Detweiler, La.S.B. # 20784
                                                3838 N. Causeway Blvd., Suite 2850
                                                Metairie, Louisiana 70002
                                                P: (504)837-2500
                                                F: (504) 832-9165
                                                Email: kdetweiler@nct-law.com

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 14th day of August, 2019, the foregoing pleading along with any referenced attachments was served on all counsel of record via electronic mail.

                                                _/s/ Keith M. Detweiler_
                                                Keith M. Detweiler