**MINUTE ENTRY**
**ROBY, C. M. J.**
**October 15, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHLOE CORTEZ ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:   18-08971** |
| **REGGIE PITRE ET AL** | **SECTION: "T"  (4)** |

A Settlement Conference was held on this date. Participating were: Plaintiffs, Chloe Cortez and Jason Cortez; **William Most** representing the plaintiffs; **Keith Detweiler** representing the defendant, Reggie Pitre and **J. Scott Thomas** representing the defendant, Golden Meadow Town. Negotiations were successful and a settlement was reached. The agreement was recorded by Court Reporter Jodi Simcox, 504-589-7780.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**District Judge Greg G Guidry**

**MJSTAR:   3:00**